**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| GUS STILLS | CIVIL ACTION NO. 25-0392 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| GLG MANAGEMENT EAST, LLC | MAGISTRATE JUDGE HORNSBY |

## <u>ORDER</u>

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 33, the defendant's motion to dismiss and the plaintiff's motion to strike defendant's motion to dismiss, Record Documents 13 and 17, together with the plaintiff's written objections, Record Document 34, and defendant's response to the objections, Record Document 35; after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that defendant's Motion to Dismiss, Record Document 13, is **GRANTED** and plaintiff's Motion to Strike Defendant's Motion to Dismiss, Record Document 17, is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's civil action is **DISMISSED WITHOUT PREJUDICE** for failure to make timely and valid service on the defendant and for failure to comply with a court order.

**DONE AND SIGNED** at Shreveport, Louisiana, this 16th day of July, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE